**ATTORNEY GRIEVANCE COMMISSION OF MARYLAND**

**v.**

**MARGOT ELIZABETH ROBERTS**

| | |
|---|---|
| * | IN THE |
| * | COURT OF APPEALS |
| * | OF MARYLAND |
| * | Misc. Docket AG No. 49 |
| * | September Term, 2021 |

## O R D E R

Upon consideration of the Joint Petition of the Attorney Grievance Commission of Maryland and the Respondent, Margot Elizabeth Roberts, to transfer the Respondent to disability inactive status by consent pursuant to Maryland Rule 19-736(c), it is this 8th day of December, 2021

**ORDERED**, by the Court of Appeals of Maryland, that the Joint Petition be, and it is hereby GRANTED, and the Respondent, Margot Elizabeth Roberts, is hereby transferred to disability inactive status by consent, and it is further

**ORDERED**, that the Clerk of this Court shall remove the name of Margot Elizabeth Roberts from the register of attorneys in this Court and certify that fact to the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761.

Pursuant to Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



/s/ Robert N. McDonald
Senior Judge

Suzanne C. Johnson, Clerk